IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 3:04-cr-70/AS |
| v. ) | |
| ) | |
| BRYAN E. SPILMON, ADVANCED ) | |
| DENTAL CONSULTING, INC., MOBILE ) | |
| DENTAL SERVICES OF INDIANA, INC., ) | |
| DIANE SPILMON, BE FREE LP, ) | |
| PEN FUN LP, and QUIXOTIC LP, ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

The United States of America is given until February 1, 2006 to respond in writing to the Motion for Release on Bail Bonds filed on behalf of certain defendants January 13, 2006.

IT IS SO ORDERED this 17th day of January, 2006.

                                      S/ ALLEN SHARP
                                      ALLEN SHARP, JUDGE
                                      U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF INDIANA